

**NUMBER 13-16-00361-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FRANK GONZALEZ,                                                      Appellant,

v.

THE STATE OF TEXAS                                                      Appellee.

### On appeal from the 214th District Court
### of Nueces County, Texas.

# ORDER OF ABATEMENT

### Before Justices Rodriguez, Contreras, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's failure to file an appellate brief by December 4, 2017. This Court has previously granted three motions for extension of time to file appellant's brief in this case. On December 6, 2017, the Clerk of this Court notified appellant's counsel that the brief had not been timely filed, requested counsel to file a response within ten days concerning the failure to file the brief, and warned counsel

that the Court would abate and remand this cause to the trial court for appropriate findings if a response was not filed. Counsel has nevertheless failed to file either a response or an appellate brief in this matter.

Accordingly, we now ABATE this appeal and REMAND the cause to the trial court for further proceedings pursuant to Rule 38.8(a)(2) of the Texas Rules of Appellate Procedure. Upon remand, the trial court shall make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeal, that present counsel should be removed, and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental

2

reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of THIRTY days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b)

Order delivered and filed the
28th day of December, 2017.